UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   94 CV 2330 (NG) (VVP)
MUTHU SUNDARAM,

               **Plaintiff,**

    -against-                                                                **ORDER**

**BROOKHAVEN NATIONAL
LABORATORIES, et al.,**

              **Defendants.**
-----------------------------------------------------------X

**GERSHON, United States District Judge:**

The court has reviewed defendants' letter dated February 24, 2006.

Since February 20, 2006 was a legal holiday, as defined in Federal Rule of Civil Procedure 6(a), plaintiff's objections, filed on February 21, 2006, are deemed timely. Plaintiff is directed to serve a copy of his objections on defendants, via certified mail, immediately and to file an affidavit of service with the court. Defendants' time to respond to plaintiff's objections is extended to March 27, 2006.

                                          **SO ORDERED.**

                                          /S/
                                        **NINA GERSHON
                                        United States District Judge**

Dated:       Brooklyn, New York
               February 27, 2006