UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X   94 CV 2330 (NG) (VVP)

MUTHU SUNDARAM,

                **Plaintiff,**

   -against-                                **ORDER**

BROOKHAVEN NATIONAL
LABORATORIES, et al.,

               **Defendants.**
-----------------------------------------------------------X

**GERSHON, United States District Judge:**

      In two separate motions, both dated April 14, 2006, plaintiff seeks reconsideration of this court's order dated March 29, 2006, which adopted the report and recommendation ("R&R") of Magistrate Judge Pohorelsky and dismissed this action. Plaintiff fails, however, to set forth any relevant matters or controlling decisions that were overlooked by the court. Instead, plaintiff merely restates arguments that he made in his objections to the R&R and that were rejected by this court. Accordingly, plaintiff's motions for reconsideration are denied.

                                              **SO ORDERED.**

                                              /S/
                                      **NINA GERSHON**
                                      **United States District Judge**

Dated: Brooklyn, New York
        April 28, 2006